**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7272

CHARLES ANTHONY WALKER,

Plaintiff - Appellant,

versus

CHUCK MOORE, Sheriff; EILEEN SPRINKLE, Jail
Administrator; JERRY ANDERSON, Captain,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge.  (CA-04-406)

Submitted:  December 9, 2004        Decided:  December 15, 2004

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Anthony Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Anthony Walker appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint without prejudice for failing to comply with the court's order that he particularize and amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Walker v. Moore, No. CA-04-406 (E.D. Va. filed July 15, 2004 & entered July 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED